IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICOLAS LOPEZ-HERNANDEZ, a/k/a J. DOE 351, a/k/a NICOLAS LOPEZ, Defendant. | No. CR 08-1070 ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA |

The defendant has signed a written Waiver of Indictment and consented to be prosecuted by Information. The defendant has appeared before a United States Magistrate Judge and entered a plea of guilty to the Information. The Magistrate Judge has filed a Report and Recommendation, in which he recommends that the defendant's guilty plea be accepted. The defendant has signed a Waiver of Time to Object to Report and Recommendation and consents to acceptance of the guilty plea by a district court judge. The court, therefore, undertakes the necessary review of the Magistrate Judge's recommendation to accept defendant's plea in this case.

The appropriate standard of review is set forth in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). In this case, the defendant has waived time to object and has consented to acceptance of the guilty plea by the district court judge. Therefore, the court accepts the Magistrate Judge's Report and Recommendation and accepts the defendant's plea of guilty to the Information.

IT IS SO ORDERED.

DATED this 19 day of May, 2008.

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT